IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN BRADLEY, | ) | 8:16CV478 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| REIN QUIST, and UNITED STATES SUPREME COURT, Full, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 15, 2016, the court entered an order requiring Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. §1915(g) or else pay the full $400.00 filing fee (Filing No. 10). On January 19, 2017, Plaintiff filed a "motion to have the case heard" and "showing, life is imminent danger" (Filing No. 11). As before, Plaintiff has provided no credible facts to support the claim that he is in imminent danger of serious physical injury so as to avoid application of the "three strikes" rule. The case will be dismissed without prejudice for Plaintiff's failure to comply with the court's previous order.

Accordingly,

IT IS ORDERED:

1. Plaintiff's motion to have the case heard (Filing No. 11) is denied.

2. Plaintiff's action is dismissed without prejudice.

3. Judgment will be entered by separate document.

4. If Plaintiff seeks to appeal this dismissal, the notice of appeal must be accompanied by an appellate filing fee in the amount of $505.00. Plaintiff will not be permitted to appeal in forma pauperis.

DATED this 23rd day of January, 2017.

>BY THE COURT:
>
>s/ *Richard G. Kopf*
>Senior United States District Judge